UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) | |
| Plaintiff Stakeholder, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:10-CV-1088-G |
| ALFREDO MONTES and LORENA NEVAREZ, | ) ) ) | **ECF** |
| Defendants. | ) ) | |

### MEMORANDUM OPINION AND ORDER

This is an interpleader case. Subject matter jurisdiction is premised on diversity of citizenship. Guardian Life Insurance Company of America's Complaint in Interpleader ¶ 5. The plaintiff is alleged to be a New York mutual corporation with its principal place of business in New York. *Id*. ¶ 2. It claims to be a disinterested stakeholder holding the proceeds of a life insurance policy. *Id*. ¶¶ 1, 21, 23. The defendants are alleged to be citizens of Texas and residents of Moore County. *Id*. ¶¶ 3, 4.

Moore County is in the Amarillo Division of this court. 28 U.S.C. § 124(a)(5). The defendants, who are alleged to be rival claimants to these insurance proceeds, all reside in Moore County. This case has no apparent connection with the Dallas Division other than the fact that the plaintiff, who seeks to be discharged from the case, brought it here.

Accordingly, on the court's own motion, this case is **TRANSFERRED** to the **Amarillo Division**. 28 U.S.C. §§ 1404(a), 1406(a).

**SO ORDERED**.

June 14, 2010.

*C. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**